LAW OFFICES OF
# FREDERICK L. SOSINSKY
45 BROADWAY, SUITE 3010
NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270
TELECOPIER (212) 248-0999
EMAIL: FredS@newyork-criminaldefense.com

BY ECF
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Conference Adjourned
From: Jan 30   January 16, 2020
To: March 24, 2020 at 11:00 a.m.
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 1-16-20

Re:   United States v. Gediminas Bertulis
      18 Crim. 259 (PKC)

Dear Judge Castel:

As you are aware, I represent Gediminas Bertulis, the defendant in the above matter. I am writing to respectfully request that the date for Mr. Bertulis' sentencing, presently set for January 30, 2020, be adjourned to a date in or around mid-March of this year.

Due to a number of pressing commitments, I will require the additional time requested to gather and compile all of the materials necessary for the defense submission in this case. I have conferred with AUSA Jonathan Rebold who has no objection to this application.

Thank you for your consideration.

Respectfully yours,

Frederick L. Sosinsky

FLS: bms