LAW OFFICES OF
# FREDERICK L. SOSINSKY
45 BROADWAY, SUITE 3010
NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270
TELECOPIER (212) 248-0999
EMAIL: FredS@newyork-criminaldefense.com

May 19, 2020

BY ECF
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Gediminas Bertulis
      18 Crim. 259 (PKC)

Dear Judge Castel:

As you are aware, I represent Gediminas Bertulis, the defendant in the above matter. I am writing with the consent of AUSA Jonathan Rebold to respectfully request that the date for Mr. Bertulis' sentencing, presently set for May 27, 2020 be adjourned until July 29, 2020 at 11:00 a.m., a date and time which is available according to Your Honor's courtroom deputy.

Thank you for your consideration.

Respectfully yours,

Frederick L. Sosinsky

FLS: bms

Sentencing adjourned from May 27, 2020 to July 29, 2020
at 11:00 a.m. in Courtroom 11D.
SO ORDERED.
Dated: 5/20/2020

P. Kevin Castel
United States District Judge