LAW OFFICES OF
# FREDERICK L. SOSINSKY
45 BROADWAY, SUITE 3010
NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270
TELECOPIER (212) 248-0999
EMAIL: FredS@newyork-criminaldefense.com

July 16, 2020

BY ECF
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED.
Sentencing adjourned to September 30, 2020 at 2:00pm.

SO ORDERED.
July 17, 2020

P. Kevin Castel
United States District Judge

Re: United States v. Gediminas Bertulis
18 Crim. 259 (KPC)

Dear Judge Castel:

As you are aware, I represent Gediminas Bertulis, the defendant in the above matter. Sentencing is presently scheduled for July 29, 2020.

I am writing to respectfully request that the date for sentencing be adjourned for a period of 60 days. As the Court will recall, Mr. Bertulis resides in South Florida which is presently experiencing a significant increase in the spread of the coronavirus. Governor Cuomo has issued an Executive Order requiring all those traveling into New York State from, amongst other places, Florida, to quarantine here for 14 days. Because Mr. Bertulis is not able realistically to do so, we would ask that his sentencing be put off for two months.

AUSA Jonathan Rebold has no objection to this application.

Thank you for your consideration.

Respectfully yours,

Frederick L. Sosinsky

FLS: bms