UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    18-cr-259 (PKC)

                    -against-
                                                    ORDER

GEDIMINAS BERTULIS,

                            Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

            Due to the recent rise in Covid-19 cases in the metropolitan area, it is advisable to

defer in-court proceedings whenever possible. Accordingly, the sentencing proceeding for Gediminas

Bertulis is adjourned from December 9, 2020 to February 9, 2021 at 12:00 p.m. in Courtroom 11D.

            SO ORDERED.

                                            _____
                                                    P. Kevin Castel
                                            United States District Judge

Dated:  New York, New York
        November 24, 2020