UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    18-cr-259 (PKC)

       -against-                                    ORDER

GEDIMINAS BERTULIS,

                          Defendant(s).
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Sentencing for defendant, Gediminas Bertulis, is adjourned from February 9, 2021 to June 2, 2021 at 12:00 p.m.

       SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
           January 25, 2021