LAW OFFICES OF
# FREDERICK L. SOSINSKY
45 BROADWAY, SUITE 3010
NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270
TELECOPIER (212) 248-0999
EMAIL: FredS@newyork-criminaldefense.com

June 5, 2021

VIA ECF
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                                  Re:     United States v. Gediminas Bertulis
                                                   18 Cr. 259 (PKC))

Dear Judge Castel:

      As discussed at the sentencing of my client Gediminas Bertulis earlier this week, I am respectfully requesting that Your Honor enter an order directing Pretrial Services to return to Mr. Bertulis his passport.

      Thank you for your consideration.

                                                                       Respectfully submitted,

                                                                       */s/ Fred Sosinsky*
                                                                       Frederick L. Sosinsky

FLS:bms

Application Granted.

So Ordered: _____
                          Hon. P. Kevin Castel, U.S.D.J.
                          6-8-21